IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

FERNANDO MALDONADO BECERRA,        *

            Petitioner,         *

v.                                  Case No. 4:26-cv-458-CDL-ALS

                                 *

WARDEN, STEWART DETENTION
CENTER, *et al.,*                *

            Respondents.       *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated May 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 13th day of May, 2026.

                             David W. Bunt, Clerk

                             s/ Elizabeth S. Long, Deputy Clerk